UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21912-GAYLES

RENZO BARBERI,

    Plaintiff,

vs.

ABC NW LUMBER & HARDWARE CORPORATION, a Florida Profit Corporation and FRANK DE LA OLIVA, an Individual,

    Defendants.

_____/

**DEFENDANT ABC NW LUMBER & HARDWARE
CORPORATION'S REPORT PURSUANT TO THIS COURT'S ORDER [D.E.16]**

Defendant, ABC NW LUMBER & HARDWARE CORPORATION ("Defendant"), through its undersigned counsel and pursuant to this Court's Order (the "Order") [D.E. 16], hereby files Defendant's Report as follows:

Defendant admits there may have been violations present at the property subject to this lawsuit (the "Property") and to the extent that there were any violations at the property, they have since been remediated. Defendant hired an Independent Contractor to fix the parking lot and interior located at the Property, beginning on or about July 11, 2017, as follows:

1. Remove one disabled parking space on the front side of the building. Modify to regular parking space and remove the disabled parking sign.

2. Install one disable parking space on the front side of the building. Install one disable parking sign with the signage minimum of 7 feet above the ground. Sign to be to FDOT code.

3. Install new asphalt, area to be re-graded 17 ft. wide by 18 inches deep.

4. Negate threshold at warehouse door.

5. Install disable assistance signage on the wall front.

6. Install signage on wall front side of building that directs the persons with disabilities to the main accessible door located inside the warehouse.

7. Install signage that includes the symbol of accessibility on the accessible door to the show room that identifies the door as dedicated accessible entrance.

8. Lower the main service counter to max 36 inches above the floor.

9. Relocate the display in showroom on interior side of accessible entrance to the east to secure maneuvering space.

10. Install Signage on employees only restroom door in warehouse to identify the restroom as private and not for customer use.

All remediation/work is already complete and Defendant asks that this Court to administratively close this case.

Dated: August 28, 2017

Respectfully submitted,

**Recalde Law Firm, P.A.**
*Attorneys for ABC NW Lumber & Hardware Corporation*
10800 Biscayne Blvd., Suite 988
Miami, FL 33161
Ph: 305-792-9100
Fax: 1-305-517-1407
By: /s/ Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040
Primary e-mail: rafael@recaldelaw.com
Secondary e-mail: pleadings@recaldelaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on August 28, 2017, by Recalde Law Firm, P.A. via CM/ECF to:

**The Advocacy Law Firm, P.A.**, *Attorneys for Plaintiff, Renzo Barberi,* c/o Ronald Stern, ronsternlaw@gmail.com.

By: /s/ Rafael Recalde
Rafael Recalde, Esq.