UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21912-GAYLES

RENZO BARBERI,

    Plaintiff,

vs.

ABC NW LUMBER & HARDWARE CORPORATION, a Florida Profit Corporation and FRANK DE LA OLIVA, an Individual,

    Defendants.

_____/

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ABC NW LUMBER & HARDWARE CORPORATION

COMES NOW, attorney Mike Ortiz, respectfully moves this Court to allow him to withdraw as counsel of record for ABC NW LUMBER & HARDWARE CORPORATION, the "Defendant" in the above-styled action, and states the following grounds in support thereof:

1.    Attorney Mike Ortiz was retained by the Defendant, ABC NW LUMBER & HARDWARE CORPORATION (hereinafter "ABC NW LUMBER") on July 17, 2017, to represent it in the above-styled action.

2.    The undersigned counsel filed a Notice of Attorney Appearance on the aforementioned date on behalf of ABC NW LUMBER.

3.    On or about August 25, 2017, the undersigned counsel notified the Recalde Law Firm, P.A. that he was resigning from said law firm.

4.    Thus, on or about August 25, 2017, the undersigned counsel and Rafael Recalde of Recalde Law Firm, P.A. delivered a Joint Letter to Clients Announcing the Departure of an

1

Associate to Defendant ABC NW LUMBER via e-mail.  A true and correct copy of the Joint Letter to Clients Announcing the Departure of an Associate is attached hereto and incorporated herein as **Exhibit "A"**.

5. On or about August 30, 2017, the undersigned counsel received correspondence and notice from the Vice President of ABC NW Lumber that Defendant elected to have its file remain with Rafael Recalde, Esq. of the Recalde Law Firm, P.A.  A true and correct copy of Defendant's correspondence and notice are attached hereto and incorporated herein as **Exhibits "A"** and **"B"**.

6. This Honorable Court shall be aware that Rafael Recalde, Esq. has been listed as attorney of record for Defendant ABC NW Lumber since July 3, 2017, exactly fourteen (14) days before the Mr. Ortiz appeared in this action on behalf of the same Defendant.

7. Thus, the undersigned counsel respectfully moves this Honorable Court for leave to allow Mr. Ortiz to withdraw as counsel of record for Defendant ABC NW Lumber in the above-styled cause for the aforementioned reasons.

8. Mike Ortiz's withdrawal will not cause any prejudice or delay in this case.  The Defendant, ABC NW Lumber, already has counsel active in its representation, who will not require any additional time to review or acclimate the absence of Mike Ortiz.

9. Given the simple nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Mike Ortiz respectfully requests that the Court waive oral argument.

**WHEREFORE**, undersigned counsel respectfully prays this Honorable Court waive oral argument on this Motion, and grant the relief sought herein thereby permitting Mike Ortiz, Esq. to withdraw as attorney of record for Defendant ABC NW Lumber in the above-styled cause.

Respectfully submitted,

**Mike Ortiz, Esq.**
1800 N Bayshore Drive
Miami, FL 33132
Tel: 786-271-1192
By: /s/ Mike Ortiz
Mike Ortiz, Esq.
FBN: 116234
Email: mikeortizlaw@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on August 30, 2017, by Recalde Law Firm, P.A. via CM/ECF to:

**The Advocacy Law Firm, P.A.**, *Attorneys for Plaintiff, Renzo Barberi,* c/o Ronald Stern, ronsternlaw@gmail.com.

**Recalde Law Firm, P.A.,** *Attorneys for Defendant, ABC NW Lumber & Hardware Corp.*, c/o Rafael Recalde, Esq., rafael@recaldelaw.com

   /s/ Mike Ortiz
Mike Ortiz, Esq.
FBN: 116234