EXHIBIT A

# RECALDE
## LAW FIRM

### JOINT LETTER TO CLIENTS ANNOUNCING THE DEPARTURE OF AN ASSOCIATE

Re:   ABC NW LUMBER & HARDWARE CORPORATION, a Florida corporation
      c/o Jose Monteverde
      *Matter: Title III – ADA Defense*

File #: R889

Date:   August 25, 2017

On August 25, 2017, Mike Ortiz, Esq. is leaving the Recalde Law Firm, P.A. to join the law firm of Groelle & Salmon PA.

Inasmuch as Mike Ortiz, Esq. was your designated lawyer on the above matter, we are required by the Rules Regulating the Florida Bar to inform you that you have the right to choose to have Mike Ortiz, Esq. continue in his new capacity to represent you in this matter, **or** you may have our firm continue to represent you, in which case the file will be handled by Rafael Recalde, Esq. **or** you can choose to retain an entirely new lawyer.

If you wish to have Mike Ortiz, Esq. or a new lawyer continue to represent you, arrangements to secure your outstanding account with us will have to be made before the file can be released to Mike Ortiz, Esq. **or** your new lawyer.

You may be liable for fees and costs for services already provided by the Recalde Law Firm, P.A.

Any retained/unspent fees or costs currently held by the Recalde Law Firm, P.A. will be promptly returned or transferred to your new lawyer, as you designate.

Please advise Mike Ortiz, Esq. and us, as quickly as possible, of your decision so that continuity in your representation is assured. You may do so by indicating your choice below and returning a signed and dated copy in the enclosed stamped envelope. Please retain the additional copy of this designation letter for your records.

Yours truly,

_____
Recalde Law Firm, P.A.
By: Rafael Recalde, Esq.

_____
Mike Ortiz, Esq.

Instructions

   __X__ I wish to have my file to stay with the Recalde Law Firm, P.A.

   _____ I wish my file and trust account balance to be transferred to Mike Ortiz, Esq.

   _____ I will retain new counsel and have them contact Recalde Law Firm, P.A.



10800 BISCAYNE BLVD, STE 988
MIAMI, FLORIDA 33161

T (305) 792 9100
F (305) 517 1407

RECALDELAW.COM

RAFAEL RECALDE, ESQ. MEMBER: FLORIDA BAR, U.S. BANKRUPTCY; U.S. DISTRICT COURT, SOUTHERN DISTRICT, FLORIDA