UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21912-GAYLES

RENZO BARBERI,

     Plaintiff,

vs.

ABC NW LUMBER & HARDWARE
CORPORATION, a Florida Profit
Corporation and FRANK DE LA
OLIVA, an Individual,

     Defendants.

_____/

**PROPOSED ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT ABC NW LUMBER & HARDWARE CORPORATION**

THIS MATTER is before the Court upon Mike Ortiz's Motion to Withdraw as Counsel

for Defendant ABC NW LUMBER & HARDWARE CORPORATION filed on August 30,

2017.

The Court, having reviewed the Motion and being advised fully in the premises, hereby

ORDERS and ADJUDGES as follows:

1.     Mike Ortiz's Motion is hereby GRANTED.

2.     Mike Ortiz is permitted to withdraw as counsel of record for Defendant ABC NW

LUMBER & HARDWARE CORPORATION and is relieved of any and all further duties and

responsibilities for the Defendant in the above-styled action.

3.     All further pleadings, motions, notices, correspondence, and other documents

concerning ABC NW LUMBER & HARDWARE CORPORATION shall be served exclusively

on Rafael Recalde, Esq., of Recalde Law Firm, P.A. at rafael@recaldelaw.com

DONE and ORDERED in chambers, at Miami, Florida this _____ day of

_____, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record